# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYNN LEVINTON,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS DEL TORO, SECRETARY OF THE NAVY<br><br>Defendant. | Case No. 22-CV-1231-JO-NLS<br><br>[~~PROPOSED~~] ORDER APPROVING JOINT MOTION FOR DISMISSAL |

The Court, having read and considered the parties' Joint Motion For Dismissal IT IS HEREBY ORDERED that the above-captioned action, to include each claim and count asserted by Plaintiff against Defendant, shall be dismissed in its entirety with prejudice. Each party shall bear its own attorney's fees, costs, and expenses. The Clerk of the Court shall close the file.

IT IS SO ORDERED

Dated: 2/14/23

_____
HONORABLE JINSOOK OHTA
United States District Judge